SEALED FILED

JAN 1 2 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:12 CR 00008 AWI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JALAAM PAGGETT, ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER RE: EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL RULES OF CRIMINAL PROCEDURE |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed until further order of this Court.

DATED: 1-12-12

_____
U.S. MAGISTRATE JUDGE