BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

FILED
JAN 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   1-12-CR-008-AWI
                                    )
          Plaintiff,                )
                                    )   ORDER RE: MOTION TO UNSEAL
     v.                             )   INDICTMENT
                                    )
JALAMM PAGGETT,                     )
                                    )
          Defendant.                )
_____)

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on January 12, 2012 be unsealed.

DATED:  1/19/12                 _____
                                U.S. MAGISTRATE JUDGE

2