```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JALAAM PAGGETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 1:12-cr-00008 AWI |
| *Plaintiff,* | ) | |
| | ) | STIPULATION ADVANCE SENTENCING |
| v. | ) | HEARING; ORDER |
| | ) | |
| JALAAM PAGGETT, | ) | Date: May 7, 2012 |
| | ) | Time: 10:00 a.m. |
| *Defendant.* | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for May 21, 2012, **may be advanced to May 7, 2012, at 10:00 a.m.**

   This reason for advancing the hearing is that counsel has no objections to the report. This will permit resolution and conserve time and resources for both parties and the court. Defense counsel is out of state on the current date of May 21, 2012.

///

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

Dated: April 17, 2012        By:   /s/ *Kimberly Sanchez*
                                                                     KIMBERLY SANCHEZ
                                                                     Assistant U.S. Attorney
                                                                     Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

Dated: April 17, 2012        By:   /s/ *Ann H. Voris*
                                                                     ANN H. VORIS
                                                                     Assistant Federal Defender
                                                                     Attorney for Defendant
                                                                     Jalaam Paggett

**O R D E R**

IT IS SO ORDERED.

Dated:   April 18, 2012

                                            CHIEF UNITED STATES DISTRICT JUDGE