# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:12-cr-00008-DAD |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RELEASE |
| JALAAM PAGGETT, | |
| Defendant. | |

The above named defendant having been sentenced on August 28, 2017, to TIME SERVED, followed by thirty two months supervised release,

IT IS HEREBY ORDERED that the defendant shall be released from Fresno County Jail between 8:00 a.m. and 9:00 a.m. on Tuesday, August 29, 2017. The defendant is ORDERED to appear at the United States Probation Office located in the Eastern District of California, Fresno, immediately upon his release. A judgment and commitment order will follow.

IT IS SO ORDERED.

Dated: __**August 28, 2017**__          _____
                                        UNITED STATES DISTRICT JUDGE

1